# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA C. WILDEY,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br>STATE OF CALIFORNIA; et al.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07cv1154 JM(JMA)<br><br>ORDER DENYING MOTIONS AS MOOT |

　　　The Clerk of Court is instructed to deny as moot the motions to dismiss filed by Workers' Compensation Appeals Board (Docket No. 44) and Sharp Memorial Hospital (Docket No. 46). The court notes that these motions targeted the Second Amended Complaint, the operative complaint is the Third Amended Complaint ("TAC"), and these moving parties currently have pending motions to dismiss the TAC.

　　　**IT IS SO ORDERED.**

DATED: September 9, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties