# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Luisa C Wildey

**V.**

State of California, Rehabilitation Appeals Board, Department of Rehabilitation, Client Assistance Program, The Dayle McIntosh Center for the Disabled, Inc., The Access Center of San Diego, Inc., Sharp Memorial Hospital, Workers' Compensation Appeals Board, Bureau of Rehabilitation, Access to Independence, Department of Industrial Relations of the State of California

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07cv1154-JM(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants summary judgment in favor of Access and against Plaintiff, denies Plaintiff's motion for an extension of time, and denies Plaintiff's motion for reconsideration. The Clerk of Court is instructed to enter final judgment and to close the file...........................................
..............................................................................................................................................................

| December 7, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

T. Lee
(By) Deputy Clerk

ENTERED ON December 7, 2010

07cv1154-JM(JMA)